■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL DIAZ, Appellant. [721 NYS2d 567] —Appeal from a judgment of the County Court of Schenectady County (Eidens, J.), rendered July 27, 1999, convicting defendant upon his plea of guilty of the crime of attempted criminal sale of a controlled substance in the third degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that no nonfrivolous is-

sues can be raised on appeal. Based upon our review of the record and defense counsel's brief, we agree. The record discloses that in satisfaction of a six-count indictment, defendant entered a knowing, voluntary and intelligent plea of guilty to the crime of attempted criminal sale of a controlled substance in the third degree. As part of the negotiated plea agreement, defendant waived his right to appeal and was sentenced as a second felony offender to a prison term of 3½ to 7 years. In view of the foregoing, we affirm the judgment of conviction and grant defense counsel's application to withdraw (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650; *see also, People v Stokes*, 95 NY2d 633).

Crew III, J. P., Peters, Spain, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.